```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| LUCY MUKUHA,                    } | |
|                                 } | |
|      Plaintiff,                 } | |
|                                 } | CIVIL ACTION NO. |
| v.                              } | 11-AR-0372-S |
|                                 } | |
| NOLAND HEALTH SERVICES, INC.,   } | |
|                                 } | |
|      Defendant.                 } | |

**MEMORANDUM OPINION**

On March 2, 2012, defendant, Noland Health Services, Inc. ("Noland"), filed a motion for summary judgment seeking dismissal of the above-entitled action brought by plaintiff, Lucy Mukuha ("Mukuha"). Noland's motion was accompanied by an evidentiary submission and a brief pointing out in detail that Noland considers to be the pertinent undisputed facts. This evidentiary material includes the deposition of Lucy Mukuha.

On March 2, 2012, this court entered a submission order requiring Mukuha to respond to Noland's motion for summary judgment on or before March 22, 2012. Mukuha has not done so.

In accordance with Rule 56(c), F.R.Civ.P., Mukuha not having asserted, much less pointed out, a genuine issue of material fact, leaves the court with no alternative but to agree with and adopt the facts as presented by Noland. The court sees no purpose to be served by restating or arguing conceded undisputed facts, and therefore respectfully declines to do so.

Noland's motion for summary judgment will be granted by

separate order.

DONE this 23rd day of March, 2012.

```
                                    _____
                                    WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE
```